Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of rayon labels similar in all material respects to those the subject of *Bruce Duncan Co., Inc., a/c Standard Commodities Import & Export Corp.* v. *United States* (51 Cust. Ct. 27, C.D. 2409), the claim of the plaintiffs was sustained.

No. 68363.—Standard Commodities Import & Export Corp., et al. v. United States, protests 62/10571, etc. (Los Angeles).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of rayon labels similar in all material respects to those the subject of *Bruce Duncan Co., Inc., a/c Standard Commodities Import & Export Corp.* v. *United States* (51 Cust. Ct. 27, C.D. 2409), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, MARCH 25, 1964

No. 68364.—General Chain & Belt Co. et al. v. United States, protests 263302–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of steel conveyor chains or parts thereof, valued at 40 cents or more per pound, and that they either are of more than 2-inch pitch or are not over 2-inch pitch, but contain over three parts per pitch, similar in all material respects to those the subject of *General Chain & Belt Co.* v. *United States* (42 Cust. Ct. 115, C.D. 2074), the claim of the plaintiffs was sustained.

No. 68365.—A. N. Deringer, Inc. v. United States, protests 62/11998, etc. (Ogdensburg).